No. 950. JACK DANIEL DISTILLERY, LEM MOTLOW, PROP., INC., *v.* HOFFMAN DISTILLING CO. ET AL. C. A. 6th Cir. Certiorari denied. *John J. Hooker, Joe E. Daniels* and *Chauncey P. Carter* for petitioner. *Charles B. Cannon, John K. Skaggs, Jr.* and *James E. Fahey* for respondents.

No. 964. MAIN LINE THEATRES, INC., ET AL. *v.* PARAMOUNT FILM DISTRIBUTING CORP. ET AL. C. A. 3d Cir. Certiorari denied. *Harry Norman Ball* for petitioners. *W. Bradley Ward, Samuel D. Slade, Louis J. Goffman* and *H. Francis DeLone* for respondents.

No. 974. ART NATIONAL MANUFACTURERS DISTRIBUTING CO. ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 2d Cir. Certiorari denied. *B. Paul Noble* for petitioners. *Solicitor General Cox, Assistant Attorney General Loevinger, James McI. Henderson* and *Jno. W. Carter, Jr.* for respondent.

No. 977. FUNKHOUSER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph M. Howard* for the United States.

No. 981. McCUE ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Simon H. Rifkind, Samuel J. Silverman* and *George F. Lowman* for petitioners. *Solicitor General Cox, Acting Assistant Attorney General Jones* and *J. William Doolittle* for the United States.

No. 1028. ATKINSON ET AL. *v.* CITY OF DALLAS. Supreme Court of Texas. Certiorari denied. Petitioners *pro se. Henry P. Kucera* for respondent.